# MEMORANDUM DECISIONS.

ADAMS v. CLEWS et al. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by Nellie C. Adams against Henry Clews and others. No opinion. Motion denied, with $10 costs.

AKOUPHONE MFG. CO. v. SCHNEIDER. (Supreme Court, Appellate Division, First Department. March 13, 1903.) Action by the Akouphone Manufacturing Company against Eugene W. Schneider. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

AMERICAN METAL CO., Respondent, v. FRECKER, Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by the American Metal Company against George N. Frecker. M. E. Kelly, for appellant. J. Steinhardt, for respondent. No opinion. Judgment affirmed, with costs.

In re ANDERSON'S ESTATE. (Supreme Court, Appellate Division, First Department. April 24, 1903.) In the matter of Julia A. Anderson, deceased. No opinion. Motion to withdraw papers from files granted.

ANDREWS v. WESTERN NEW YORK & P. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 24, 1903.) Action by Jennie Andrews, as administratrix, etc., against the Western New York & Pennsylvania Railroad Company. No opinion. Motion for reargument denied, with $10 costs and disbursements, and motion for leave to appeal to the Court of Appeals denied.

ASKEY, Appellant, v. NEW YORK & N. S. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by Robert L. Askey against the New York & North Shore Railway Company.
PER CURIAM. Judgment and order affirmed, with costs.
HIRSCHBERG and JENKS, JJ., dissent.

ASPELL v. NANNY. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) In the matter of the charges of John W. Aspell against Harrison W. Nanny, an attorney. No opinion. The report of the referee shows that this proceeding must be deemed abated on account of the death of the respondent.

ATLANTIC TRUST CO. v. NEW YORK CITY SUBURBAN WATER CO. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by the Atlantic Trust Company against the New York City Suburban Water Company. No opinion. Motion denied.

In re BABCOCK'S ESTATE. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) In the matter of the appraisal under the inheritance tax laws of the estate of Amelia N. Babcock, deceased. No opinion. Order or decree of surrogate (75 N. Y. Supp. 926) unanimously affirmed, with costs.

BAKER, Respondent, v. HOXSIE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by William H. Baker against John A. Hoxsie and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re BALL. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) In the matter of the petition of Charles H. Ball for an order revoking and canceling liquor tax certificate No. 26,365, issued to John W. Olmstead. No opinion. Order affirmed, with costs.

BALL, Respondent, v. HEISSENBUTTEL, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Alexander Ball against William F. Heissenbuttel. No opinion. Judgment of the Municipal Court affirmed, with costs.

BALL, Respondent, v. HOYT, Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Action by Charles W. Ball against Arthur S. Hoyt. No opinion. Order affirmed, with $10 costs and disbursements.

BARDI, Respondent, v. BUCKLEY, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Giovanni Bardi against James J. Buckley. No opinion. Judgment and order unanimously affirmed.

BARRY v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Edward F. Barry against the Metropolitan Street Railway Company. No opinion. Motion denied, with $10 costs.

BATEMAN, Respondent, v. STRAUS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Harry O. Bateman against Mark J. Straus and another. No opinion. Motion denied.

BAYNE et al. v. HARD et al. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by C. Ernest Bayne and another against Anson W. Hard and others. No opinion. Motion for reargument denied.